**Opinion issued August 4, 2016**



In The

# Court of Appeals

### For The

## First District of Texas

_____

### NO. 01-16-00249-CV

_____

## IN RE TARRIS WOODS, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, Tarris Woods, has filed a petition for writ of mandamus, seeking an order directing the respondent[1] to vacate her November 7, 2014 "Order Probating Last Will and Testament as a Muniment of Title" and to "stay any further proceedings in cause number PR-0075144-A."[2]

---

[1]   Respondent is the Honorable Kimberly Sullivan, Judge, Probate Court of Galveston County, Texas.

[2]   The underlying case is *In the Estate of Charles Edward Twymon, Sr., Deceased*, No. PR-0075144-A (Prob. Ct., Galveston Cty., Tex.).

We deny the petition for writ of mandamus and dismiss the pending motion to stay as moot.


                                        Terry Jennings
                                        Justice

Panel consists of Justices Jennings, Keyes, and Bland.